IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

Ferdinand DUMAS, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7194.

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Ferdinand Dumas's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

Larry W. GUNTER, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7193.

United States Court of Appeals,
Federal Circuit.

Dec. 30, 2003.

*ORDER*

Upon consideration of Larry W. Gunter's unopposed motion to voluntarily dismiss this appeal,